UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>        Plaintiff,<br><br>        v.<br><br>CYBERSECURITY AND INFRASTRUCTURE SECURITY AGENCY,<br><br>        Defendant. | Civil Action No. 25-1765 (AHA) |

**JOINT STATUS REPORT**

Pursuant to ¶ 3(D) of the Standing Order, Plaintiff, Electronic Privacy Information Center ("EPIC"), and Defendant, the Cybersecurity and Infrastructure Security Agency ("Agency"), respectfully submit the following joint status report.

1.  This is an action under the Freedom of Information Act ("FOIA") pertaining to a FOIA request submitted by EPIC to the Agency on or about March 12, 2024.

2.  By letter dated November 19, 2024, the Agency responded to Plaintiff indicating that it identified 111 responsive pages to Plaintiff's FOIA request and determining that all responsive pages would be withheld in their entirety pursuant to FOIA Exemption 5. The responsive pages were originally determined to qualify for protection under the deliberative process privilege. The Agency is now re-examining the responsive pages to determine whether any portions may be reasonably segregated and released. The Agency anticipates making a final determination on or about September 19, 2025. Thereafter, the parties will continue to discuss.

3.  The parties do not anticipate that the Agency will move for an *Open America* stay.

4.       It is premature to determine whether a *Vaughn* index or dispositive motion will be required, but the parties will continue to confer throughout the course of this action in an effort to reduce or resolve their disputes.

5.       The parties respectfully request that they file their next joint status report by September 26, 2025.

| | |
|---|---|
| Dated: July 21, 2025<br>         Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| Alan Butler, D.C. Bar #1012128<br>EPIC Executive Director and President | |
| Jeramie D. Scott, D.C. Bar #1025909<br>EPIC Senior Counsel | By:        /s/ *Douglas C. Dreier*<br>      DOUGLAS C. DREIER, D.C. Bar #1020234<br>      Assistant United States Attorney<br>      601 D Street, NW<br>      Washington, DC 20530<br>      (202) 252-2551 |
| /s/ Christopher Frascella<br>Christopher Frascella, D.C. Bar #1780901 | |
| ELECTRONIC PRIVACY<br>INFORMATION CENTER<br>1519 New Hampshire Ave., N.W.<br>Washington, D.C. 20036<br>(202) 483-1140 (telephone)<br>(202) 483-1248 (facsimile) | *Attorneys for the United States of America* |