UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>      Plaintiff,<br><br>    v.<br><br>CYBERSECURITY AND INFRASTRUCTURE SECURITY AGENCY,<br><br>      Defendant. | Civil Action No. 25-1765 (AHA) |

## JOINT STATUS REPORT

Pursuant to the Court's July 22, 2025, Minute Order, Plaintiff, Electronic Privacy Information Center ("EPIC"), and Defendant, the Cybersecurity and Infrastructure Security Agency ("Agency"), respectfully submit the following joint status report.

1.      This is an action under the Freedom of Information Act ("FOIA") pertaining to a FOIA request submitted by EPIC to the Agency on or about March 12, 2024.

2.      By letter dated November 19, 2024, the Agency responded to Plaintiff indicating that it identified 111 responsive pages to Plaintiff's FOIA request and determining that all responsive pages would be withheld in their entirety pursuant to FOIA Exemption 5.  The responsive pages were originally determined to qualify for protection under the deliberative process privilege.

3.      The parties' July 21, 2025, joint status report indicated that: "The Agency is now re-examining the responsive pages to determine whether any portions may be reasonably segregated and released.  The Agency anticipates making a final determination on or about September 19, 2025.  Thereafter, the parties will continue to discuss."

4.      In the two months since the prior joint status report, the Agency has sent the responsive pages to another government agency for outside agency review.  The Agency continues to follow up with the other government agency.

5.      The Agency now anticipates making a final determination on or about October 24, 2025.  Thereafter, the parties will continue to discuss any issues in dispute.

6.      It is premature to determine whether a *Vaughn* index or dispositive motion will be required, but the parties will continue to confer throughout the course of this action in an effort to reduce or resolve their disputes.

7.      The parties respectfully request that they file their next joint status report by October 31, 2025.

Dated:  September 26, 2025
        Washington, DC


Alan Butler, D.C. Bar #1012128
EPIC Executive Director and President


Jeramie D. Scott, D.C. Bar #1025909
EPIC Senior Counsel

/s/ Christopher Frascella
Christopher Frascella, D.C. Bar #1780901


ELECTRONIC PRIVACY
INFORMATION CENTER
1519 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:          /s/ *Douglas C. Dreier*
    DOUGLAS C. DREIER, D.C. Bar #1020234
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2551

*Attorneys for the United States of America*