UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    Plaintiffs,<br><br>  v.<br><br>CYBERSECURITY AND INFRASTRUCTURE SECURITY AGENCY,<br><br>    Defendant. | Civil Action No. 25-1765 (AHA) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Zachary J. Krizel and remove the appearance of Assistant United States Attorney Douglas Dreier as counsel for Defendant in the above-captioned case.

Dated: November 14, 2025

Respectfully submitted,

By:        */s/ Zachary J. Krizel*
ZACHARY J. KRIZEL
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2518
Zachary.Krizel@usdoj.gov

*Attorney for the United States of America*