UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> CYBERSECURITY AND INFRASTRUCTURE SECURITY AGENCY, <br><br> Defendant. | Civil Action No. 25-1765 (AHA) |

# JOINT STATUS REPORT

Plaintiff, Electronic Privacy Information Center ("EPIC"), and Defendant, the Cybersecurity and Infrastructure Security Agency ("CISA" or the "Agency"), respectfully submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act (FOIA) case.

1. Since the Parties' last joint status report, ECF No. 10, the Agency has provided a Final Response dated December 16, 2025 to EPIC regarding the appeal of its FOIA request.

2. In its Final Response, CISA indicated that all 111 responsive pages to EPIC's FOIA request are withheld in full pursuant to FOIA Exemption (b)(5).

3. On December 22, 2025, the parties conferred regarding the Final Response. The parties are currently discussing whether any releases can be made without the need for further briefing, at this time.

4. Due to the upcoming holidays and limited availability of counsel and agency personnel, the parties propose filing a Joint Status Report within 14-days apprising this Court of

the status of the parties' negotiations and whether a Briefing Schedule is required to resolve this matter.

5.      To that end, the parties propose that they file an additional Joint Status Report on or before January 6, 2026, to update the Court on the status of the proceedings

*     *     *

Dated:  December 23, 2025

Respectfully submitted,

Alan Butler, D.C. Bar # 1012128
EPIC President and Executive Director

Jeramie D. Scott, D.C. Bar #1025909
Senior Counsel

| | |
|---|---|
| */s/ Christopher Frascella* | */s/Zachary Krizel* . |
| Christopher Frascella, D.C. Bar #1780901 | |
| Counsel | ZACHARY J. KRIZEL |
| frascella@epic.org | Assistant United States Attorney |
| | 601 D Street, NW |
| ELECTRONIC PRIVACY | Washington, DC 20530 |
| INFORMATION CENTER | (202) 252-2550 |
| 1519 New Hampshire Ave, N.W. | Zachary.Krizel@usdoj.gov |
| Washington, D.C. 20036 | |
| (202) 483-1140 (telephone) | *Counsel for Defendant* |
| (202) 483-1248 (facsimile) | |

*Attorneys for Plaintiff*