UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> CYBERSECURITY AND INFRASTRUCTURE SECURITY AGENCY, <br><br> Defendant. | Civil Action No. 25-1765 (AHA) |

## JOINT STATUS REPORT

Plaintiff, Electronic Privacy Information Center ("EPIC"), and Defendant, the Cybersecurity and Infrastructure Security Agency ("CISA" or the "Agency"), respectfully submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act (FOIA) case and to propose a schedule for briefing.

1. Since the Parties' last joint status report, ECF No. 12, requesting a two week extension to the filing deadline, the Agency has not provided any updates to EPIC. The last action was a Final Response dated December 16, 2025 to EPIC regarding the appeal of EPIC's FOIA request.

2. In its Final Response, CISA indicated that all 111 responsive pages to EPIC's FOIA request are withheld in full pursuant to FOIA Exemption (b)(5).

3. Given CISA has withheld the responsive documents in full and EPIC takes issue with the withholdings under Exemption (b)(5), the parties believe this matter is ripe for summary judgment.

4.  As such, the Parties respectfully request that the Court enter the following schedule for briefing:

- Defendant to file a motion for summary judgment and supporting declaration on or before Monday, February 9, 2026;

- Plaintiff to file its opposition and cross motion for summary judgment on or before Monday, March 9, 2026;

- Defendant to submit its reply and opposition to Plaintiff's cross motion for summary judgment on or before Monday, April 6, 2026; and

- Plaintiff to submit its reply in support of its cross motion for summary judgment on or before Monday, May 4, 2026.

A proposed order is attached.

*   *   *

Dated: January 6, 2026

Respectfully submitted,

Alan Butler, D.C. Bar # 1012128
EPIC President and Executive Director

Jeramie D. Scott, D.C. Bar #1025909
Senior Counsel

| | |
|---|---|
| */s/ Christopher Frascella* | */s/ Zachary J. Krizel* . |
| Christopher Frascella, D.C. Bar #1780901 | |
| Counsel | ZACHARY J. KRIZEL |
| frascella@epic.org | Assistant United States Attorney |
| | 601 D Street, NW |
| ELECTRONIC PRIVACY | Washington, DC 20530 |
| INFORMATION CENTER | (202) 252-2550 |
| 1519 New Hampshire Ave, N.W. | Zachary.Krizel@usdoj.gov |
| Washington, D.C. 20036 | |
| (202) 483-1140 (telephone) | *Counsel for Defendant* |
| (202) 483-1248 (facsimile) | |

*Attorneys for Plaintiff*